No. 646. O'CALLAHAN *v.* PARKER, WARDEN. C. A. 3d Cir. [Certiorari granted, *ante,* p. 822.] Motion to remove case from summary calendar denied. *Victor Rabinowitz* on the motion.

No. 841, Misc. DOOLEY *v.* ALABAMA. Motion for leave to file petition for writ of habeas corpus denied.

No. 860, Misc. SCHMIEDEBERG *v.* WALTON, JUDGE. Motion for leave to file petition for writ of mandamus denied.

No. 620. MOORE ET AL. *v.* SHAPIRO, GOVERNOR OF ILLINOIS, ET AL. Appeal from D. C. N. D. Ill. Probable jurisdiction noted. *Richard F. Watt* for appellants. *William G. Clark,* Attorney General of Illinois, and *John J. O'Toole* and *Thomas E. Brannigan,* Assistant Attorneys General, for appellees.

No. 647. HADNOTT ET AL. *v.* AMOS, SECRETARY OF STATE OF ALABAMA, ET AL. D. C. M. D. Ala. Motion to dispense with printing jurisdictional statement granted. Probable jurisdiction noted and case set for oral argument on January 21, 1969, together with motion for an order to show cause why Judge Herndon should not be held in contempt and for other relief. Appellants' briefs shall be filed by January 3, 1969, and responding briefs by January 17, 1969. Case may be presented on original record, without printing. MR. JUSTICE BLACK took no part in the consideration or decision of these matters. *Charles Morgan, Jr., Reber F. Boult, Jr., Orzell Billingsley, Jr., Robert P. Schwenn,* and *Melvin L. Wulf* on the motion. [For earlier orders herein, see, *e. g., ante,* p. 904.]